# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHAWNNE L. GARAS  
124 ROBERT AVENUE  
ROCKFORD, IL  61107  

SSN-xxx-xx-1645

Case Number: 07-73063

Case filed on: 12/18/2007  
Plan Confirmed on: 3/14/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $969.36      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 891.49 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 891.49 | 0.00 |
| 999 | SHAWNNE L. GARAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ACCOUNT RECOVERY SERVICES | 65.00 | 65.00 | 0.00 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 92.95 | 92.95 | 0.00 | 0.00 |
| 005 | BIG PAYDAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CERTIFIED RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COUNTRY MUTUAL INSURANCE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 423.14 | 423.14 | 0.00 | 0.00 |
| 013 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FORD MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MIDLAND CREDIT MANAGEMENT INC | 878.24 | 878.24 | 0.00 | 0.00 |
| 017 | MIDLAND CREDIT MANAGEMENT INC | 586.24 | 586.24 | 0.00 | 0.00 |
| 018 | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 233.75 | 233.75 | 0.00 | 0.00 |
| 020 | NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 173.33 | 173.33 | 0.00 | 0.00 |
|  | Total Unsecured | 2,452.65 | 2,452.65 | 0.00 | 0.00 |
|  | Grand Total: | 5,952.65 | 5,952.65 | 891.49 | 0.00 |

Total Paid Claimant:  $891.49  
Trustee Allowance:  $77.87  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2009        By   /s/Heather M. Fagan